# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MID-MISSOURI WASTE SYSTEMS, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) No. 07-233-CV-W-FJG |
| LAFARGE NORTH AMERICA, INC., | ) ) ) |
| Defendant. | ) |

# ORDER

### James D. Menefee – November 11, 2008
### Plaintiff's Objections

| Defendant's Designations | | | |
|---|---|---|---|
| Page Line(s) | Page Line(s) | Mid-Missouri's Objection(s) | Ruling |
| 11 22 | 12 4 | Non-responsive, foundation, speculation. | Overruled |
| 19 1-2 | | Only a question designated, no answer. | Sustained |
| 22 6-25 | | Foundation, speculation. | Sustained |
| 23 24 | 24 4 | Leading, foundation. | Sustained |
| 24 22 | 25 8 | Foundation, speculation. | Overruled |
| 30 14 | 31 22 | Foundation, speculation. | Overruled |
| 59 12-15 | | Foundation, speculation. | Sustained |
| 59 18-22 | | Foundation, speculation. | Sustained |
| 67 3-8 | | Foundation, calls for legal conclusion. | Overruled |
| 67 11-16 | | Foundation, calls for legal conclusion. | Overruled |
| 67 19-21 | | Foundation, calls for legal conclusion. | Overruled |

| | | | |
|---|---|---|---|
| 67 24 | 68 2 | Foundation, calls for legal conclusion. | Overruled |
| 68 6-7 | | Foundation, calls for legal conclusion. | Overruled |
| 71 3-6 | | No question pending/designated. | Overruled |
| 86 3-4 | | Witness never answered this question. | Overruled |
| 89 11-13 | | Answer not designated. | Sustained |
| 92 7-10 | | Relevance. | Sustained |

### James Menefee - November 12, 2008
### Defendant's Objections

| **Plaintiff's Designations** | | **Lafarge's Objection(s)** | **Ruling** |
|---|---|---|---|
| P Line(s) | P Line(s) | | |
| 20 12-14 | | Object: Relevance: 1997 is pre MMWS's involvement testimony regarding an alleged breach in 1997 is irrelevant to the current litigation. Furthermore, Mr. Menefee was unable to recall if he ever told Lafarge that they were in breach. There has been no testimony presented or documents produced to evidence that he notified them of a breach. Menefee never claimed that Lafarge was in breach. | Sustained |
| 20 16 | 21 3 | Object: Relevance: 1997 is pre MMWS's involvement testimony regarding an alleged breach in 1997 is irrelevant to the current litigation. Furthermore, Mr. Menefee was unable to recall if he ever told Lafarge that they were in breach. There has been no testimony presented or documents produced to evidence that he notified them of a breach. Menefee never claimed that Lafarge was in breach. | Sustained |
| 44 23 | 45 1 | Objection: Witness didn't understand the question as he testify to later. Objection to form of question, lack of foundation. | Overruled |

| | | | |
|---|---|---|---|
| 66 21 | 67 2 | Objection to form as to what does "okay" mean. Answer isn't responsive to the question, it's argumentative and is unsupported by the facts and testimony in this matter. Objection as to relevance. | Overruled |
| 79 16-18 | | Objection: Mis-states the testimony and evidence in this matter. | Sustained |
| 80 5-20 | | Objection: Mis-states the testimony and evidence in this matter. | Sustained |

## Jane Witheridge – November 24, 2008
## Plaintiff's Objections

| Defendant's Designations Page Line(s) | Page Line(s) | Mid-Missouri's Objection(s) | Ruling |
|---|---|---|---|
| 23 16 | 24 4 | Foundation, speculation, relevance. | Sustained |
| 24 7-18 | | Foundation, speculation, relevance. | Sustained |
| 37 5-6 | | Answer to question is not designated. | Sustained |
| 37 11 | | Question is not designated. | Sustained |
| 40 12-20 | | Foundation, speculation. | Overruled |
| 41 14-16 | | No answer to question posed. | Overruled |
| 41 18 | 44 1 | Foundation, speculation. | Overruled |
| 52 3-7 | | Question is vague and confusing. Foundation, speculation. | Overruled |
| 52 15-17 | | Question is vague and confusing. Foundation, speculation. | Overruled |
| 65 14 | 66 15 | Foundation, speculation, hearsay. | Overruled |
| 81 3-9 | | Foundation, speculation, relevance. | Sustained |
| 81 15 | 82 9 | Foundation, speculation, relevance. | Sustained |
| 82 14 | 84 19 | Foundation, speculation, hearsay, vague and ambiguous question. | Overruled |
| 85 14 | 86 15 | Foundation, speculation, hearsay, leading. | Overruled |
| 87 13-16 | | Foundation, speculation, hearsay, leading. | Overruled |
| 87 20 | 88 14 | Foundation, speculation, hearsay, leading. | Overruled |
| 88 20 | 90 3 | Foundation, speculation, hearsay, leading. | Overruled |
| 94 4 | 95 2 | Foundation, speculation, vague and ambiguous, no question designated. | Sustained |
| 106 18 | 107 4 | Foundation, speculation. | Sustained |

**Defendant's Designations**

| Page Line(s) | Page Line(s) | Mid-Missouri's Objection(s) | Ruling |
|---|---|---|---|
| 111 14 | 114 5 | Vague and confusing questions, foundation, speculation, narrative answer. | Overruled |
| 120 14-22 | | Relevance. | Sustained |
| 122 24 | 123 13 | Foundation, speculation, no answer designated. | Sustained |
| 124 2 | 125 5 | Foundation, speculation, vague and confusing questions, leading. | Sustained |
| 135 16 | 136 6 | Foundation, speculation. | Sustained |
| 152 15-17 | | Vague and ambiguous question, foundation, speculation. | Overruled |
| 152 20 | 153 3 | Vague and ambiguous question, foundation, speculation. | Overruled |
| 153 16 | 154 1 | Foundation, speculation, hearsay. | Overruled |
| 154 5-14 | | Foundation, speculation, hearsay. | Overruled |
| 160 4-18 | | Foundation, speculation. | Overruled |
| 160 22 | 162 10 | Foundation, speculation, hearsay. | Overruled |
| 200 13 | 201 16 | Foundation, speculation. | Overruled |
| 201 18 | 202 2 | Foundation, speculation. | Overruled |

## Jane Witheridge - November 24, 2008
**Defendant's Objections**

| Plaintiff's Designations<br>P Line(s)    P Line(s) | Lafarge's Objection(s) | Ruling |
|---|---|---|
| 55 15    56 5 | Objection: Calls for a legal conclusion. | Sustained |
| 65 4-5 | Objection. Answer is not designated. | Overruled |
| 176 14-22 | Objection: Calls for a legal conclusion. Lack of foundation. Object to Form. Compound. | Sustained |
| 177 4-13 | Objection: Calls for a legal conclusion. Lack of foundation. Object to Form. Compound. | Sustained |
| 178 10-24 | Objection: Form. Compound. Lack of foundation. Vague. Ambiguous. | Sustained |
| 179 2-8 | Objection, calls for a legal conclusion, lack of foundation. | Sustained |
| 179 9-16 | Object to Form-Compound. Seeks a legal conclusion. | Sustained |
| 179 23    180 14 | Objection: Form. Compound. Lack of foundation. Calls for a legal conclusion. Mis-states witnesses prior testimony. Questioning on re-direct is also leading, coaching. | Overruled |
| 180 12    181 2 | Objection: Compound. Mis-states prior testimony. Leading, coaching. Seeks legal conclusion as to weather those activities constitute mining. | Overruled |
| 181 13    185 6 | Objection: Calls for a legal conclusion. Compound. Mis-states prior testimony. Calls for speculation and use of a hypothetical. | Sustained |
| 185 7    185 19 | Objection: Form. Compound. Calls for speculation. Uses a hypothetical and calls for speculation. Seeks a legal conclusion. | Sustained |

| Plaintiff's Designations P Line(s) P Line(s) | Lafarge's Objection(s) | Ruling |
|---|---|---|
| 185 20    186 9 | Objection: Form. Compound. Lack of foundation. | Sustained |
| 186 16-24 | Objection: Mis-states the contents of the document. Lack of foundation. | Overruled |
| 187 3-11 | Objection: Lack of foundation, object to form-compound. | Overruled |
| 187 12    188 3 | Objection: Seeks a legal conclusion, lack of foundation, object to form. Compound. | Sustained |
| 188 20    189 10 | Objection: Form. Vague. Ambiguous. Doesn't define what he means by use of the term "concern." | Overruled |
| 189 22    190 7 | Objection: Form. Vague. Ambiguous. Doesn't define what he means by use of the term "concern." | Overruled |
| 189 11-15 | Objection, is seeking expert testimony. | Sustained |
| 189 22    190 7 | Objection: Form-compound. Calls for speculation. Lack of foundation. | Overruled |
| 191 5-13 | Objection: Calls for a legal conclusion. Form. Leading. | Sustained |
| 195 24    196 24 | Objection: Form. Leading. Mis-states the contents of the document. Seeks a legal conclusion. Lack of foundation. | Sustained |
| 197 22    200 8 | Objection: Mis-states the contents of the document. Form-leading questions on direct exam. Calls for a hypothetical and speculation. Seeks a legal conclusion. | Sustained |

Date:  5/15/09
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge